# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | Violation No. 3004304/OS10 |
| | | Case No. 3:12-po-173 |
| -vs- | : | |
| | | Magistrate Judge Sharon L. Ovington |
| LISA RUSH, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

The above captioned case was scheduled for a pretrial conference before the Honorable Sharon L. Ovington on February 27, 2013. The defendant agreed to pay a $75.00 collateral set by the Court. The case is hereby dismissed.

March 13, 2013                                                      s/Sharon L. Ovington
                                                                                  Sharon L. Ovington
                                                              United States Magistrate Judge